

30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Oden McGREEVY, Defendant—
Appellant.

No. 04–30198.
D.C. No. CR–03–186–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jennifer Martin, AUSA, Office of the U.S. Attorney, Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

odd H. Grover, Hoevet & Boise, Portland, OR, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker*, —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Lawrence WAGENSELLER,
aka Michael Lawrence Wagensellor,
Defendant–Appellant.

No. 04–30114.
D.C. No. CR–03–00035–9–SEH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Darla J. Mondou, Esq., Upton, MA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM**

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.10, 2005).

VACATED and REMANDED.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Joseph GOMES, Defendant—Appellant.**

**No. 04–10455.**

**D.C. No. CR–03–00179–3–HG.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Louis A. Bracco, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff-Appellee.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Stuart N. Fujioka, Esq., Nishioka & Fujioka, Honolulu, HI, for Defendant–Appellant.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

## MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* No. 02–30326, 2005 WL 350811, 400 F.3d 646 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Manuel PONCE, Defendant–Appellant.**

**No. 03–50546.**

**D.C. No. CR–03–00109–R–4.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.